**Opinion issued January 13, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00011-CV

———————————

## IN RE NANCY CARMEN CURNEL & RONALD CURNEL, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Nancy Carmen Curnel and Ronald Curnel, have filed a petition for writ of mandamus challenging the trial court's December 14, 2022 oral denial of relators' motion for sanctions seeking default judgment and to strike pleadings.[1] In conjunction with the petition, relators have filed a motion requesting an emergency

---

[1] The underlying case is *Nancy Carmen Curnel and Ronald Curnel v. Houston Methodist Hospital-Willowbrook, et al.,* cause number 2016-36453, pending in the 55th District Court of Harris County, Texas, the Honorable Latosha Lewis Payne presiding.

stay of the underlying trial court proceedings. We deny the mandamus petition and dismiss the stay motion as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Hightower.